Mitchell F. Boomer (State Bar No. 121441)
Conor J. Dale (State Bar No. 274123)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: boomerm@jacksonlewis.com
E-mail: conor.dale@jacksonlewis.com

Attorneys for Defendant
PERDUE FOODS LLC

HOYER & ASSOCIATES
Richard A. Hoyer (State Bar No. 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (State Bar No. 260284)
rhicks@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA, 94111
Telephone: (415) 766-3539
Facsimile: (415) 276-1738

Attorneys for Plaintiff
RAYMOND SERRANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SERRANO,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>PERDUE FARMS INC., d/b/a PETALUMA POULTRY, d/b/a COLEMAN NATURAL FOODS, LLC, and DOES 1-25,<br><br>　　　Defendants. | Case No. 15-cv-05009-LB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff Raymond Serrano ("Plaintiff") and Defendant Perdue Foods LLC, erroneously sued as Perdue Farms Inc., d/b/a Petaluma Poultry, d/b/a Coleman Natural Foods, LLC ("Defendant") (collectively the "Parties") by and through their counsel of record, jointly enter into the following stipulation:

WHEREAS the Parties have reached a complete and final settlement of the above-referenced matter, including an agreement that the matter be dismissed with prejudice in its entirety;

IT IS HEREBY STIPULATED that the above-referenced matter be dismissed with prejudice in its entirety, with each side to bear their own fees and costs.

Dated: April 27, 2016

JACKSON LEWIS P.C.

By: _____
Mitchell F. Boomer
Conor J. Dale
Attorneys for Defendant
PERDUE FOODS LLC

Dated: April 15, 2016

HOYER & ASSOCIATES

By: _____
Richard A. Hoyer
Attorneys for Plaintiff
RAYMOND SERRANO

[PROPOSED] ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: May 2, 2016

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

4850-9474-9488, v. 1-5763-2044, v. 5